UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BODY,<br><br>                Plaintiff,<br>   v.<br><br>CITY OF SEATTLE et al.,<br><br>                Defendants. | CASE NO. 2:22-cv-01017-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice. Dkt. No. 29. Pursuant to parties' agreement, this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Dated this 7th day of November, 2023.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1